IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION



| | | |
|---|---|---|
| GARY STEWART DUNNING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CV 97-TMP-1104-S |
| | ) | |
| RON JONES, Warden; | ) | |
| ATTORNEY GENERAL OF | ) | |
| THE STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

FILED
MAR 31 1998
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

ENTERED
MAR 31 1998

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 19, 1998, recommending that the motion for summary judgment filed by the defendants be granted and this cause against them be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the motion for summary judgment filed by the defendants is due to be GRANTED, and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 31st day of March, 1998.

Sharon Lovelace Blackburn
UNITED STATES DISTRICT JUDGE

14